# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 3:04-CR-114-S <br> CRIMINAL NO. 3:19-CR-202-S |
| ALPHONZO DRAWHORN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six months on each case, with the sentences to run concurrently. Defendant will receive credit for time served in federal custody prior to revocation. No term of supervised release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FMC Seagoville, if appropriate.

**SO ORDERED.**

SIGNED December 20, 2019.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE